W. J. Byrnes & Co. of N. Y., Inc. v. United States

No. 7408.—Invoice dated Stoke on Trent, England, October 1945.
Certified November 1945.
Entered at New York, N. Y., January 11, 1946.
Entry No. 732747.

(Decided October 15, 1947)

*Lane & Wallace* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

Johnson, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

James A. Starck v. United States

No. 7409.—Invoices dated Greenfield, England, October 22, 1941, etc.
Certified October 24, 1941, etc.
Entered at Boston, Mass., November 24, 1941, etc.
Entry No. 2878, etc.

(Decided October 17, 1947)

Plaintiff not represented by counsel.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

Oliver, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.